UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

              v.                   Case No. 10-mc-81-PB

<u>Joseph A. Rollins</u>

## O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 4, 2011, no objection having been filed.

The taxpayer, Joseph A. Rollins, is ordered obey the summonses and to appear on February 11, 2011, at 9:00 a.m., at the IRS office located at 80 Daniel Street, Portsmouth, New Hampshire, before Andrea L. Mahoney (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summonses of June 11, 2010.

It is further ordered that the government be awarded its costs.

SO ORDERED.

January 25, 2011                              <u>/s/ Paul J. Barbadoro</u>
                                               Paul J. Barbadoro
                                               United States District Judge

cc:    T. David Plourde, Esq.
        Joseph A. Rollins, pro se